

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2014

No. 04-14-00533-CV

Kenneth W. **ARTHUR**, et al,
Appellant

v.

**UVALDE COUNTY APPRAISAL DISTRICT**, Albert Mireles, Chief Appraiser,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-28619-TX
Honorable Watt Murrah, Judge Presiding

## O R D E R

The court reporter's notification of late record is this date NOTED. The reporter's record is due on October 27, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court